885 P.2d 99

Christine SMITH

v.

**AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.**

No. CV–94–0366–PR.

Supreme Court of Arizona.

Nov. 29, 1994.

ORDERED: Amended Petition for Review by the Supreme Court = DENIED.

FURTHER ORDERED: Request for Attorneys' Fees [Christine Smith] = DENIED.